JOHN F. HALLISSY *et al.*

*v.*

THE WEST CHICAGO PARK COMMISSIONERS.

*Opinion filed February 17, 1899.*

This case is controlled by the decision in *Farr* v. *West Chicago Park Comrs.* 167 Ill. 355.

WRIT OF ERROR to the County Court of Cook county; the Hon. C. H. DONNELLY, Judge, presiding.

PRENTISS, HALL & GREGG, for plaintiffs in error.

FRANCIS A. RIDDLE, and H. S. MECARTNEY, for defendants in error.

Per CURIAM: This case is substantially like *Farr* v. *West Chicago Park Comrs.* 167 Ill. 355, and it was submitted on the same record. The only difference between the two cases is, the *Farr case* was an appeal by a part of the property owners from a judgment of confirmation, while this is a writ of error by a part of the property owners. The cases being alike, this must be controlled by *Farr* v. *West Chicago Park Comrs. supra.*

The judgment will be reversed and the cause remanded as to the property of plaintiffs in error J. F. Hallissy, A. C. Wakeman, T. C. Brockhausen, T. Kerndt and G. M. Kerndt, with directions to reduce the assessment against their lands their proportionate shares of the sums illegally included in the estimate aforesaid, as declared in *Farr* v. *West Chicago Park Comrs. supra.*

*Reversed and remanded.*